UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
United States of America,

                           Plaintiff,

-against-

                                                        Case No. 7:17-mj-5422

Dandai A. Pahar-Singh

                           Defendant.

---------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                        SO ORDERED.

                                                        Hon. Martin R. Goldberg
                                                       United States Magistrate Judge

Dated: 26th Day of August 2022
        Poughkeepsie, New York